UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/19
```

JACOB GRAY, Individually
and on Behalf of All Others Similarly Situated,

    *Plaintiff,*

v.

WESCO AIRCRAFT HOLDINGS, INC., *et al.*,

    *Defendants.*

Case No.: 1:19-cv-8528-JSR

## JOINT STIPULATION FOR ADJOURNMENT OF CONFERENCE AND INITIAL SCHEDULE

[handwritten: ORDER OF DENIAL]

WHEREAS, on September 13, 2019, plaintiff Jacob Gray filed a complaint captioned *Jacob Gray v. Wesco Aircraft Holdings, Inc.*, 19-cv-8528-JSR, an individual securities action, which was assigned to the Honorable Jed S. Rakoff;

WHEREAS, Defendants waived the service of summons and their response to the complaint is due no sooner than November 15, 2019;

WHEREAS, on October 4, 2019, Plaintiff filed an amended complaint on behalf of a putative class of persons who own Wesco Aircraft Holdings, Inc. common stock as of September 9, 2019;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 (15 U.S.C. §78u-4(a)(3)(A) (the "Reform Act")), Plaintiff published on October 5, 2019, the required notice advising members of the purported plaintiff class of the pendency of the action, the claims asserted, the purported class period, and that any member of the purported class may move to serve as lead plaintiff of the purported class by filing a motion no later than December 4, 2019;

1

WHEREAS, the Court set a hearing for January 3, 2020, to hear argument on any motions for appointment as lead plaintiff;

WHEREAS, all discovery and other proceeding are stayed pursuant to the Reform Act until the Court decides the motion to dismiss Defendants will file when they respond to the Amended Complaint;

WHEREFORE, the parties, by and through their undersigned counsel, hereby stipulate that the Court be requested to enter an order as follows:

1. Defendants need not answer, move against or otherwise respond to the Amended Complaint;

2. Lead Plaintiff will file a Second Amended Complaint by January 10, 2020;

3. Defendants will file a motion to dismiss the Second Amended Complaint by February 7, 2020

4. Lead Plaintiff will file any opposition memorandum by February 28, 2020;

5. Defendants will file any reply memoranda by March 13, 2020; and

6. By entering into this stipulation, the parties expressly preserve, and do not waive, any and all claims, arguments, and defenses (other than improper service).

Dated: November 11, 2019

/s/ J. Christian Word
Jessica L. Bengels
J. Christian Word (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
(202) 637-2200
christian.word@lw.com

*Attorney for Defendants*

/s/ Juan E. Monteverde
Juan E. Monteverde[1]
Monteverde & Associates PC
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
(212) 971-1341
jmonteverde@monteverdelaw.com

*Attorney for Plaintiff Jacob Gray*

The proposed stipulation is disapproved and the proposed order is denied in all respects

SO ORDERED:

_____, U.S.D.J.
Judge Jed S. Rakoff

11-12-19

---

[1] Defendants use an electronic signature with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

3