UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JACOB GRAY, individually and on behalf of all Others
Similarly Situated,

                              Plaintiff,

            -v-

WESCO AIRCRAFT HOLDINGS, INC., et al.

                              Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/27/2020

19-cv-08528 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Oral argument on Defendant's Motion to Dismiss the Second Amended Class Action Complaint (Dkt. No. 24) shall take place on March 27, 2020 at 4:30 p.m.

SO ORDERED.

Dated: February 27, 2020
        New York, New York

                                        _____
                                                LEWIS J. LIMAN
                                        United States District Judge