# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 4405
NEW YORK, NEW YORK 10118

**Juan E. Monteverde**
jmonteverde@monteverdelaw.com

March 2, 2020

**VIA ECF**

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Gray v. Wesco Aircraft Holdings, Inc.*, Case No. 1:19-cv-08528-LJL

Dear Judge Liman:

We represent Lead Plaintiff in the above-captioned action and write pursuant to Rule 1.C. of Your Honor's Individual Practices to request an adjournment of the oral argument on Defendants' motion to dismiss (Dkt. Nos. 24-26), which is presently set for March 27, 2020. This is the first request for an adjournment and defendants do not oppose the request, which is necessary to accommodate the undersigned counsel's schedule; specifically, I will be flying back from out of the country on March 27th, and am set to start a trial in Delaware Chancery Court on March 30, 2020, which will last the week.

The parties have conferred regarding potential alternate dates and are available for a hearing on March 16, 19, or 20, or April 20-22, assuming any of these dates are acceptable to the Court. Lead Plaintiff also respectfully requests that his motion to strike (Dkt. Nos. 28-29) be heard in conjunction with the hearing on Defendants' motion to dismiss.

If Your Honor has any questions, counsel is available at the convenience of the Court.

**MEMORANDUM ENDORSED**

SO ORDERED.
*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

Respectfully Submitted,

*/s/ Juan E. Monteverde*

Juan E. Monteverde

cc: Counsel of Record

Oral argument is rescheduled for Friday, March 20, 2020 at 11:30 a.m. The Court will hear argument on both the motion to dismiss and the motion to strike at that time.
SO ORDERED. 3/10/2020

---

Telephone (212) 971-1341    www.monteverdelaw.com    Facsimile (212) 202-7880