J. Christian Word
Direct Dial: +1.202.637.2223
christian.word@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

**LATHAM & WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

March 10, 2020

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

Re: *Gray v. Wesco Aircraft Holdings, Inc., et al.*, Case No. 1:19-cv-08528-LJL

Dear Judge Liman:

We represent Defendants Wesco Aircraft Holdings, Inc., Randy J. Snyder, Todd Renehan, Dayne A. Baird, Thomas M. Bancroft III, Paul E. Fulchino, Jay L. Haberland, Scott E. Kuechle, Adam J. Palmer, Robert D. Paulson, Jennifer M. Pollino, and Norton A. Schwartz in the above-referenced action.

After Plaintiff's letter to the Court requesting an adjournment of the oral argument on Defendants' motion to dismiss (Dkt. Nos. 24-26) and Plaintiff's motion to strike (Dkt. Nos. 28-29), Defendants' lead counsel had a time-sensitive medical procedure set for March 20, 2020, one of the dates proposed for the hearing. Today the Court granted the adjournment request and set the hearing for March 20. Reluctantly, Defendants request a second adjournment and Plaintiff does not oppose.

The parties have conferred regarding potential alternate dates and are available for a hearing on March 16, March 19, April 20, or any date during the week of April 27, 2020, assuming any of those dates are acceptable to the Court.

If Your Honor has any questions, we are available at the convenience of the Court.

Respectfully Submitted,
*/s/ J. Christian Word*
J. Christian Word of
Latham & Watkins LLP
(*admitted pro hac vice*)

cc: Counsel of Record (via ECF)

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**MEMORANDUM ENDORSED**

Request for adjournment GRANTED. Oral argument previously scheduled for March 20, 2020 is adjourned and will instead take place on March 19, 2020 at 11:00 a.m.
SO ORDERED. 3/11/2020.