```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JACOB GRAY, individually and on behalf of all others              :
similarly situated,                                               :
                              Plaintiff,                          :
                                                                  :   19-cv-8528 (LJL)
            -v-                                                   :
                                                                  :   ORDER
WESCO AIRCRAFT HOLDINGS, INC. ET AL,                              :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      IT IS HEREBY ORDERED that the Oral Argument scheduled for March 19, 2020 at 11:00AM will now proceed by TELEPHONE CONFERENCE. Parties are directed to dial in to the Court's teleconference number at 888-251-2909, Access Code 2123101 and follow the necessary prompts.

      SO ORDERED.

Dated: March 17, 2020  
      New York, New York                                      LEWIS J. LIMAN  
                                                            United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 3/17/2020