**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
JACIB GRATM individually and on behalf of
all others similarly situated,

                       Plaintiff,

        -against-                          19 **CIVIL** 8528 (LJL)

                                                   **JUDGMENT**

WESCO AIRCRAFT HOLDING, INC., et al.

                    Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 7, 2020, Defendant's motion to dismissed complaint is granted without prejudice.

**Dated:** New York, New York

      April 9, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                    **BY:**
                                                  _____
                                                  **Deputy Clerk**