```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JACOB GRAY, individually and on behalf of all Others               :
Similarly Situated,                                                :
                                                                   :
                              Plaintiff,                           :     19-cv-8528 (LJL)
                                                                   :
            -v-                                                    :     ERRATA ORDER
                                                                   :
WESCO AIRCRAFT HOLDINGS, INC., et al.                              :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/2020

LEWIS J. LIMAN, United States District Judge:

The Opinion and Order filed on April 7, 2020 at Dkt. No. 48 contained several typographical errors. Along with this Errata Order the Court is separately filing an Amended Opinion and Order correcting those errors. The errors and corrections reflected in the Amended Opinion and Order have no impact on the substance of the Opinion or on the Judgement of the Court.

SO ORDERED.

Dated: April 16, 2020
       New York, New York                              _____
                                                            LEWIS J. LIMAN
                                                       United States District Judge

1