**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JACIB GRATM individually and on behalf of
all others similarly situated,

                        Plaintiff,

       -against-                                 19 **CIVIL** 8528 (LJL**)**

                                             **<u>AMENDED JUDGMENT</u>**

WESCO AIRCRAFT HOLDING, INC., et al.

                        Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated April 16, 2020, Defendant's motion to dismiss the complaint in its entirety is granted without prejudice.

**Dated:** New York, New York

      April 17, 2020

                                                            **RUBY J. KRAJICK**
                                                            _____
                                                            **Clerk of Court**
                                       **BY:**
                                                            **Deputy Clerk**